IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAMIAN DRE BUCH,

      Appellant,

v.
Case No.    5D21-1206
LT Case No. 2020-CF-000315-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and Robert
Jackson Pearce, III, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, NARDELLA and WOZNIAK, JJ., concur.